

# COURT OF APPEALS

**SECOND DISTRICT OF TEXAS**
**FORT WORTH**

## NO. 02-13-00166-CV

| | | |
|---|---|---|
| Foundation Assessment, Inc., d/b/a Engineering Design & Assessment, and Suraj K. Choudhury | § | From County Court at Law No. 2 |
| | § | of Tarrant County (2011-002592-2) |
| v. | § | March 6, 2014 |
| Suzanne O'Connor | § | Opinion by Justice Walker |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. It is ordered that the trial court's order denying appellants' motion to dismiss is reversed and the case is remanded to the trial court for entry of an order granting appellants' motion after it determines whether the dismissal should be with or without prejudice.

It is further ordered that Suzanne O'Connor shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By _____
Justice Sue Walker